UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, in his official capacity as Administrator of the Environmental Protection Agency,<br><br>　　　　Defendants. | Case No. 08-cv-185-N-EJL<br><br>**JUDGMENT** |

　　　　Based upon this Court's Memorandum Order, entered herewith, and being fully advised in the premises;

　　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing from the Defendants and this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **August 7, 2008**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1