THOMAS E. MOSS, ISB No. 1058
United States Attorney
NICHOLAS J. WOYCHICK, ISB No. 3912
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, ID 83712-9903
Telephone: (208) 334-1211
Facsimile: (208) 334-1414

UNITED STATES DEPARTMENT OF JUSTICE
RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA J. MORRIS
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026
Telephone: (202) 616-7554
Facsimile: (202) 514-8865

Attorneys for the Environmental Protection Agency

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Case No. CV-08-0185-EJL <br><br> UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLARIFICATION AND FOR RECONSIDERATION |

The United States Environmental Protection Agency ("EPA") moves pursuant to Local Rule 6.1(a) for an extension of time until September 24, 2008 to file its response to Plaintiffs' Motion for Clarification and for Reconsideration (Document 23). Counsel for Plaintiffs consents to this request. The grounds for this motion are as follows:

1. On August 7, 2008, this Court issued a Memorandum Order (Document 21)

granting the United States' Motion to Dismiss (Document 14) and entered Judgment dismissing the Complaint in its entirety (Document 22).

2. On September 20, 2008, Plaintiffs filed a Motion for Clarification or for Reconsideration (Document 23) ("the Motion"). However, the undersigned lead counsel for the United States did not receive notice of the filing of the Motion until September 16, 2008.

3. Notice of the filing was not provided by the electronic case filing system, notwithstanding that counsel is registered with the ECF for the District of Idaho.

4. Counsel for Plaintiffs certified service of the Motion on counsel for Plaintiff and on local counsel for Defendant, but did not certify service on lead counsel for Defendant.

5. The response to the Motion would have been due on September 15. Counsel for Plaintiffs contacted lead counsel for Defendant on September 16, 2008 to inquire as to why the United States had not filed a response to the Motion. That was the first notice to counsel for Defendant that the Motion had been filed.

6. The Motion raises issues that warrant a response by the United States before being considered by the Court, as the United States' response may assist the Court in resolution of the issues presented.

7. Counsel for Plaintiffs has consented to the relief herein requested.

Therefore, it is respectfully requested that the Court grant leave to file a response to Plaintiffs' Motion for Clarification and for Reconsideration to and including September 24, 2008.

Respectfully submitted,

THOMAS E. MOSS, ISB No. 1058
United States Attorney

/s/ Nicholas J. Woychick
NICHOLAS J. WOYCHICK, ISB No. 3912
Assistant United States Attorney

District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, ID 83712-9903
Telephone: (208) 334-1211
Facsimile: (208) 334-1414

UNITED STATES DEPARTMENT OF JUSTICE
RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/ Cynthia J. Morris
CYNTHIA J. MORRIS, Attorney
U.S. Department of Justice
Environmental Defense Sec.
P.O. Box 23986
Washington, D.C. 20026
(202) 616-7554

Dated: September 16, 2008        Attorneys for EPA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT, ) | Case No. CV-08-0185-EJL |
| Plaintiffs, ) | |
| v. ) | |
| UNITED STATES ENVIRONMENTAL ) PROTECTION AGENCY, ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

The United States Environmental Protection Agency ("EPA") has moved pursuant to Local Rule 6.1(a) for an extension of time until September 24, 2008 to file its response to Plaintiffs' Motion for Clarification and for Reconsideration (Document 23). The Court, finding good cause to allow the extension of time requested, and counsel for Plaintiffs having consented to the requested extension, it is hereby ORDERED:

That the United States may file its response to Plaintiffs' Motion for Clarification and for Reconsideration on or before September 24, 2008.


_____
Honorable Edward L. Lodge
U.S. District Judge

Dated:_____

THOMAS E. MOSS, ISB No. 1058
United States Attorney
NICHOLAS J. WOYCHICK, ISB No. 3912
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, ID 83712-9903
Telephone: (208) 334-1211
Facsimile: (208) 334-1414

UNITED STATES DEPARTMENT OF JUSTICE
RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA J. MORRIS
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026
Telephone: (202) 616-7554
Facsimile: (202) 514-8865

Attorneys for the Environmental Protection Agency

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT, ) | Case No. CV-08-0185-EJL |
| ) | |
| Plaintiffs, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| Defendant. ) | |

I hereby certify that on this 16th day of September, 2008, a copy of the United States'

Unopposed Motion for Extension of Time and Proposed Order was served, by first class mail,

postage prepaid, and delivered electronically via e-mail, to the following counsel of record:

LESLIE R. WEATHERHEAD
lwilbertas@aol.com
Witherspoon Kelley Davenport & Toole
422 West Riverside Ave., Suite 1100
Spokane, Washington 99201

M. REED HOPPER
mrh@pacificlegal.org
DAMIEN M. SCHIFF
dms@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834

        /s/ Cynthia J. Morris
        CYNTHIA J. MORRIS, Attorney