LESLIE R. WEATHERHEAD
lwlibertas@aol.com
Idaho Bar No. 3916
Witherspoon Kelley Davenport & Toole
422 West Riverside Avenue, Suite1100
Spokane, Washington 99201
Telephone:  (509) 624-5265
Facsimile:  (509) 458-2728

M. REED HOPPER (*pro hac vice*)
mrh@pacificlegal.org
Cal. Bar No. 131291
DAMIEN M. SCHIFF (*pro hac vice*)
dms@pacificlegal.org
Cal. Bar No. 235101
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, in his official capacity as Administrator of the Environmental Protection Agency,<br><br>        Defendants. | Case No. 2:08-cv-00185-N-EJL<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Chantell and Michael Sackett, Plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment, entered August 7, 2008, against Plaintiffs and in favor of Defendants United States Environmental Protection Agency and Stephen L. Johnson; and from the order denying Plaintiffs' motions for clarification and reconsideration, entered October 9, 2008.

DATED: October 16, 2008.

Respectfully submitted,

LESLIE R. WEATHERHEAD
Witherspoon Kelley Davenport & Toole

M. REED HOPPER
DAMIEN M. SCHIFF
Pacific Legal Foundation


By    /s/ Damien M. Schiff
    DAMIEN M. SCHIFF
    Cal. Bar No. 235101
    *Pro Hac Vice*
    Telephone: (916) 419-7111

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Leslie R. Weatherhead, Attorney for Plaintiffs
>lwlibertas@aol.com
>
>Nicholas J. Woychick, Attorney for Defendants
>Nick.Woychick@usdoj.gov

/s/ Damien M. Schiff<br>
DAMIEN M. SCHIFF<br>
Attorney for Plaintiffs