FILED

NOV 29 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CHANTELL SACKETT; MICHAEL SACKETT,

        Plaintiffs - Appellants,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; STEVEN L. JOHNSON, Administrator,

        Defendants - Appellees.

No. 08-35854

D.C. No. 2:08-cv-00185-EJL
District of Idaho, Boise

ORDER

Before: BEEZER, GOULD and TALLMAN, Circuit Judges.

The full court has been advised of Appellant's Petition for Rehearing En Banc, and no judge of the court has requested a vote on the Petition for Rehearing En Banc. Fed. R. App. P. 35. Appellant's Petition for Rehearing En Banc is DENIED.