UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHANTELL SACKETT and MICHAEL SACKETT,

                Plaintiffs - Appellants,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEVEN L. JOHNSON, Administrator,

               Defendants - Appellees.

No. 08-35854

D.C. No. 2:08-cv-00185-EJL
U.S. District Court for Idaho, Boise

**MANDATE**

The judgment of this Court, entered May 03, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Theresa Benitez
Deputy Clerk