BRADLEY R. CAHOON
bcahoon@swlaw.com
Idaho Bar No. 8558
Snell & Wilmer L.L.P.
Gateway Tower West
15 West South Temple, No. 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

M. REED HOPPER (*pro hac vice*)
mrh@pacificlegal.org
Cal. Bar No. 131291
DAMIEN M. SCHIFF (*pro hac vice*)
dms@pacificlegal.org
Cal. Bar No. 235101
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT, | ) Case No. 2:08-cv-00185-N-EJL |
| Plaintiffs, | ) |
| v. | ) **UNOPPOSED REQUEST** |
| | ) **FOR EXTENSION OF TIME** |
| UNITED STATES ENVIRONMENTAL | ) |
| PROTECTION AGENCY; et al., | ) |
| Defendants. | ) |

Pursuant to Local Rule 6.1(a), Plaintiffs Michael and Chantell Sackett respectfully request an extension of time in which to file a motion to amend or augment the administrative record filed in this case on January 15, 2013. Under the Court's November 26, 2012, scheduling order, Plaintiffs must file any motion to amend or augment the administrative record within 30 days of the record's filing. Accordingly, the current deadline for such a motion is February 14, 2013. Plaintiffs respectfully request that the deadline be extended and include February 19, 2013.

The reason for this request is that, through no fault of Plaintiffs, the administrative record was not delivered to Plaintiffs until January 18, 2013, two business days after the intended date for receipt, as set forth in Defendants' notice of filing. Accordingly, Plaintiffs seek an extension of two business days to the deadline for filing any motion to amend or augment the administrative record. Owing to intervening court holidays, such an extension would move the deadline to February 19, 2013.

Counsel for Defendants has informed counsel for Plaintiffs that Defendants do not oppose this request.

DATED: January 25, 2013.

                Respectfully submitted,

                BRADLEY R. CAHOON
                Snell & Wilmer L.L.P.

                M. REED HOPPER
                DAMIEN M. SCHIFF
                Pacific Legal Foundation


                By   /s/ Bradley R. Cahoon
                      BRADLEY R. CAHOON
                      Idaho Bar No. 8558
                      Telephone: (801) 257-1900

                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of January, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Damien M. Schiff, Attorney for Plaintiffs
    dms@pacificlegal.org

    M. Reed Hopper, Attorney for Plaintiffs
    mrh@pacificlegal.org

    Nicholas J. Woychick, Attorney for Defendants
    Nick.Woychick@usdoj.gov

    Cynthia J. Morris
    c.j.morris@usdog.gov

    Mark A. Ryan
    ryan.mark@epa.gov


    /s/ Bradley R. Cahoon
    BRADLEY R. CAHOON
    Attorney for Plaintiffs