BRADLEY R. CAHOON
bcahoon@swlaw.com
Idaho Bar No. 8558
Snell & Wilmer L.L.P.
Gateway Tower West
15 West South Temple, No. 1200
Salt Lake City, Utah 84101
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

M. REED HOPPER (*pro hac vice*)
mrh@pacificlegal.org
Cal. Bar No. 131291
DAMIEN M. SCHIFF (*pro hac vice*)
dms@pacificlegal.org
Cal. Bar No. 235101
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT, | ) Case No. 2:08-cv-00185-N-EJL |
| Plaintiffs, | ) |
| v. | ) **MOTION TO STRIKE** |
| | ) **MATERIALS FROM THE** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., | ) **ADMINISTRATIVE RECORD** |
| Defendants. | ) |

Pursuant to the Court's November 26, 2012, scheduling order (as amended), Rule 7 of the Federal Rules of Civil Procedure, and Local Civil Rule 7.1, Plaintiffs Michael and Chantell Sackett hereby move to strike various materials from the administrative record filed by Defendants Environmental Protection Agency, *et al.* (EPA).

Pursuant to the judicial review provisions of the Administrative Procedure Act, 5 U.S.C. §§ 701-706, an agency record should contain only that information which the agency decision-maker relied on at the time of his decision. Notwithstanding this well-established rule, EPA's purported record for this case contains many documents that the relevant agency decision-maker could not have considered, or that the decision-maker very likely did not consider, *viz.*, Documents 1 through 8, 29 through 31, and 33 through 35. As demonstrated in the Sacketts' concurrently filed memorandum of points and authorities, no basis exists to include these prejudicial documents in the administrative record. Therefore, the Court should strike these materials.

DATED: April 5, 2013.

          Respectfully submitted,

          BRADLEY R. CAHOON
          Snell & Wilmer L.L.P.

          M. REED HOPPER
          DAMIEN M. SCHIFF
          Pacific Legal Foundation

          By   /s/ Damien M. Schiff
              DAMIEN M. SCHIFF
              Cal. Bar No. 235101
              *Pro Hac Vice*
              Telephone: (916) 419-7111

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of April, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Bradley R. Cahoon, Attorney for Plaintiffs
>bcahoon@swlaw.com
>
>Nicholas J. Woychick, Attorney for Defendants
>Nick.Woychick@usdoj.gov
>
>Cynthia J. Morris
>c.j.morris@usdoj.gov
>
>Mark A. Ryan
>ryan.mark@epa.gov

    /s/ Damien M. Schiff
DAMIEN M. SCHIFF
Attorney for Plaintiffs