BRADLEY R. CAHOON
Email: bcahoon@djplaw.com
Idaho Bar No. 8558
Durham Jones & Pinegar
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

ANTHONY L. FRANÇOIS (Pro Hac Vice)
Email: alf@pacificlegal.org
Cal. Bar No. 184100
DAMIEN M. SCHIFF (Pro Hac Vice)
Email: dms@pacificlegal.org
Cal. Bar No. 235101
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Counsel for Plaintiffs, Chantell and Michael Sackett*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| CHANTELL and MICHAEL SACKETT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | ) Case No. 2:08-cv-00185-EJL <br> ) <br> ) <br> ) **NOTICE UNDER NINTH CIRCUIT** <br> ) **RULE 10-3.1(c) THAT NO** <br> ) **TRANSCRIPTS WILL BE ORDERED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE THAT NO TRANSCRIPTS TO BE ORDERED

Under Ninth Circuit Rule 10-3.1(c), Plaintiffs Chantell and Michael Sackett hereby notify the parties, the Court, and the court reporter, that the parties agree that no transcripts need be ordered for the appeal.

DATED this 19th of June, 2019.

s/ Bradley R. Cahoon
**BRADLEY R. CAHOON**
Email: bcahoon@djplaw.com
Idaho Bar No. 8558
Durham Jones & Pinegar
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

s/ Anthony L. François
**ANTHONY L. FRANÇOIS** (*Pro Hac Vice*)
Email: alf@pacificlegal.org
Cal. Bar No. 184100
**DAMIEN M. SCHIFF** (*Pro Hac Vice*)
Email: dms@pacificlegal.org
Cal. Bar No. 235101
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Counsel for Plaintiffs, Michael and Chantell Sackett*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th of June, 2019, I filed the foregoing **NOTICE UNDER NINTH CIRCUIT RULE 10-3.1(c) THAT NO TRANSCRIPTS WILL BE ORDERED** electronically though the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

| | |
|---|---|
| **BRADLEY R. CAHOON**<br>Durham Jones & Pinegar<br>P.O. Box 4050<br>Salt Lake City, UT 84110<br>Telephone: (801) 297-1270<br>Fax: 801-415-3500<br>Email: bcahoon@djplaw.com<br>*Counsel for Plaintiffs* | **NICHOLAS J. WOYCHICK**<br>U.S. Attorney's Office<br>Washington Group Plaza IV<br>800 Park Blvd #600<br>Boise, ID 83712<br>Telephone: (208) 334-1211<br>Fax: (208) 334-1414<br>Email: Nick.Woychick@usdoj.gov<br>*Counsel for Defendants* |
| **ENDRE M. SZALAY**<br>United States Environmental Protection Agency, Region 10<br>1200 Sixth Ave, Suite 900, ORC-113<br>Seattle, WA 98101<br>Email: szlay.endre@epa.gov | **SHEILA BAYNES**<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 7611<br>Washington, DC 20044<br>Telephone: (202) 514-2617<br>Fax: (202) 514-8865<br>Email: sheila.baynes@usdoj.gov<br>*Counsel for Defendants* |

_____s/ Anthony L. François_____
**ANTHONY L. FRANÇOIS** (*Pro Hac Vice*)
*Counsel for Plaintiffs, Chantell and Michael Sackett*